**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION**

| | |
|---|---|
| JOSETTE NICOLE THIBEAUX, | Case No. SA CV 16-00952-AS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: May 10, 2017.

/s/<br>ALKA SAGAR<br>UNITED STATES MAGISTRATE JUDGE